# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE TRUST OF JOE FRANK EILAND AND JANIS EVERLY EILAND REVOCABLE TRUST.

No. 77579

FILED

MAR 22 19

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



ADELE JETER-WHEATON, F/K/A ADELE EASON EILAND,
Appellant,
vs.
JANIS EVERLY EILAND,
Respondent.

## *ORDER DISMISSING APPEAL*

On January 11, 2019, this court entered an order instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth AB*

cc:    Hon. Gloria Sturman, District Judge
       Adele Jeter-Wheaton
       Ghandi Deeter Blackham
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-12792